IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KELLY REGER, Individually and on behalf of K.N.R., a Minor, | ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3101 |
| v. | ) ) | |
| M.D. HERBERT FEIDLER, | ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) ) ) | |

After conferring with the parties regarding the defendant's unopposed Motion to Extend Defendant's Expert Disclosure Deadline, (filing no. 19), the motion is granted and the court's prior progression order, (filing no. 13), is amended as follows:

a.  A jury trial is set to commence on August 22, 2011. No more than five days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

b.  The pretrial conference will be held before the undersigned magistrate judge on August 11, 2011 at 10:00 a.m. One hour is allocated to this conference. Counsel shall email a draft pretrial conference order to zwart@ned.uscourts.gov, in either MS Word or WordPerfect format, by 5:00 p.m. August 10, 2011, and the draft order shall conform to the requirements of local rules.

c.  The deadline for disclosure of experts and, unless otherwise agreed, the deadline for the provision of expert reports for the defendants is April 28, 2011.

d.      The discovery and deposition deadline is June 29, 2011. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

e.      The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is July 28, 2011. **The parties are advised that if a dispositive motion is filed after May 16, 2011, the pretrial conference and trial of this case may be continued on the court's own motion.**

DATED this 29th day of January, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

2