IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KELLY REGER, Individually and on behalf of K.N.R., a Minor, | ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3101 |
| v. | ) ) | |
| | ) | MEMORANDUM AND ORDER |
| M.D. HERBERT FEIDLER, | ) ) | |
| Defendant. | ) | |

The court has been advised that the parties in the above-captioned matter have reached a settlement of their claims. Accordingly,

IT IS ORDERED that:

(1) On or before December 7, 2011, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation), and shall submit a draft order of dismissal to Judge Urbom's chambers for full disposition of the case;

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

(3) The pretrial conference is cancelled and this case is removed from the court's November 28, 2011 trial docket.

DATED this 8th day of September, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge