# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY REGER, Individually and on behalf of K.N.R., a minor,<br><br>    Plaintiff,<br><br>vs.<br><br>HERBERT FEIDLER, M.D., d/b/a FEIDLER EYE CLINIC & OPTICAL,<br><br>    Defendant. | Case No. 4:10-CV-03101<br><br>**ORDER EXTENDING TIME TO FILE A JOINT STIPULATION FOR DISMISSAL** |

IT IS ORDERED that plaintiff's Motion for Extension of Time to file a joint stipulation for dismissal is granted. The deadline to file a joint stipulation for dismissal is extended for 90 days.

DATED this 6th day of December, 2011.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge