**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| KELLY REGER, Individually and on behalf of K.N.R., a minor, | ) ) ) | Case No. 4:10-CV-03101 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER EXTENDING TIME TO FILE A JOINT STIPULATION FOR DISMISSAL** |
| HERBERT FEIDLER, M.D., d/b/a FEIDLER EYE CLINIC & OPTICAL, | ) ) ) ) | |
| Defendant. | ) | |

IT IS ORDERED that plaintiff's Motion for Extension of Time to file a joint stipulation for dismissal is granted.  The deadline to file a joint stipulation for dismissal is extended for 90 days.


DATED this 6th day of December, 2011.



BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge