IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY REGER, Individually and on behalf of K.N.R., a Minor,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M.D. HERBERT FEIDLER,<br><br>　　　　　Defendant. | 4:10CV3101<br><br>ORDER ON MOTION FOR EXTENSION OF TIME |

　　　IT IS ORDERED that the plaintiff's Motion for Extension of Time, (ECF No. 30), is granted and the deadline for the parties to file a joint stipulation for dismissal is extended to June 5, 2012.

　　　Dated March 5, 2012.

　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　s/ Warren K. Urbom
　　　　　　　　　　　　United States Senior District Judge