IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KELLY REGER, Individually and on behalf    )
of K.N.R., a Minor,                        )
                                           )
                    Plaintiff,             )          4:10CV3101
                                           )
          v.                               )
                                           )
M.D. HERBERT FEIDLER,                      )     ORDER ON MOTION FOR EXTENSION
                                           )                OF TIME
                    Defendant.             )
                                           )
_____    )


        IT IS ORDERED that the plaintiff's Motion for Extension of Time, (ECF No. 30), is granted

and the deadline for the parties to file a joint stipulation for dismissal is extended to June 5, 2012.

        Dated March 5, 2012.


                              BY THE COURT

                              s/  Warren K. Urbom
                              United States Senior District Judge