IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY REGER, Individually and on behalf of K.N.R., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>HERBERT FEIDLER, M.D., d/b/a FEIDLER EYE CLINIC & OPTICAL,<br><br>Defendant. | Case No. 4:10-CV-03101<br><br>**ORDER EXTENDING TIME TO FILE A JOINT STIPULATION FOR DISMISSAL** |

IT IS ORDERED that the plaintiff's Motion for Extension of Time is granted and the deadline for the parties to file a joint stipulation for dismissal is extended to September 3, 2012.

DATED this 4th day of June, 2012.

BY THE COURT:

s:/ *Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that a true and correct copy of the foregoing was served to the following:

 William M. Lamson, Jr., #12374
 Denise M. Destache, #20881
 Lamson, Dugan and Murray, LLP
 10306 Regency Parkway Drive
 Omaha, NE  68114

 Herbert Friedman
 Friedman Law Offices
 3800 Normal Blvd., Suite 200
 PO Box 82009
 Lincoln, NE  68501

 Joseph Awad
 Silberstein, Awad & Miklos, P.C.
 600 Old Country Road, Suite 412
 Garden City, NY  11530

on this _____ day of June, 2012.


                _____