IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KELLY REGER, Individually and on behalf    )
of K.N.R., a Minor,                                            )
                                                                        )
                Plaintiff,                          )         4:10CV3101
                                                                        )
        v.                                                       )
                                                                        )
M.D. HERBERT FEIDLER,                                  )        ORDER ON MOTION FOR EXTENSION
                                                                        )                      OF TIME
                Defendant.                      )
                                                                        )

        On September 8, 2011, the court records indicate that this case was settled and Magistrate Judge Cheryl R. Zwart's Memorandum and Order, ECF No. 26, ordered that:

      (1)      On or before December 7, 2011, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation), and shall submit a draft order of dismissal of Judge Urbom's chambers for full disposition of the case;

      (2)      Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

        On December 6, 2011, a Motion for Extension of Time, ECF No. 28, was filed with a request for an extension of 90 days to file a Joint Stipulation of Dismissal. I granted that motion and extended the deadline for 90 days, ECF No. 29.

        On March 2, 2012, a second Motion for Extension of Time, ECF No. 30, was filed requesting a 90 day continuance in the deadline to file a joint stipulation for dismissal. I granted that motion and extended the deadline for another 90 days, ECF No. 31.

        On June 4, 2012, a third Motion for Extension of Time, ECF No. 32, was filed again requesting a continuance for 90 days in the deadline to file a joint stipulation for dismissal, saying "[t]he New York court has not finalized the necessary forms." Magistrate Judge Zwart granted that motion and extended the deadline for filing a joint stipulation of dismissal to September 3, 2012.

On September 3, 2012, a fourth Motion for Extension of Time, ECF No. 34, was filed and again requesting a 90 day continuance in the deadline to file a joint stipulation for dismissal, saying "[t]he New York court has not finalized the necessary forms."

This case has remained pending on the docket for almost one year after I received word the case was settled. It is my understanding that this case involves a minor child who resides in New York and the parties need to implement processes in the New York courts for approval of the settlement before counsel can finalize the dismissal in this forum.

IT THEREFORE IS ORDERED that I shall grant counsel one more 90-day extension but if no joint stipulation for dismissal is filed within that 90-day period, this case will be dismissed without further notice.

Dated September 11, 2012.

BY THE COURT

*(signature)*

Warren K. Urbom
United States Senior District Judge