IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KELLY REGER, Individually and on behalf of K.N.R., a Minor;

    Plaintiff,

vs.

M.D. HERBERT FEIDLER,

    Defendant.

4:10CV3101

ORDER

  For the reasons stated by counsel in a conference call today in which they requested an extension of time to file a joint stipulation for dismissal,

  IT IS ORDERED that counsel shall have on or before March 6, 2013, to file a joint stipulation for dismissal.

  Dated December 5, 2012.

            BY THE COURT

            _____
            Warren K. Urbom
            United States Senior District Judge