IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY REGER, Individually and on behalf of K.N.R., a Minor;<br><br>     Plaintiff,<br><br> vs.<br><br>M.D. HERBERT FEIDLER,<br><br>     Defendant. | 4:10CV3101<br><br>ORDER ON MOTION FOR EXTENSION OF TIME |

  IT IS ORDERED that the Motion for Extension of Time, ECF No. 39, is granted and the deadline to file a joint stipulation for dismissal is extended until June 6, 2013.

  Dated March 4, 2013.

              BY THE COURT:

              *signature*
              Warren K. Urbom
              United States Senior District Court