IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY REGER, Individually and on behalf of K.N.R., a Minor;<br><br>              Plaintiff,<br><br>    vs.<br><br>M.D. HERBERT FEIDLER,<br><br>             Defendant. | 4:10CV3101<br><br>ORDER ON MOTION FOR EXTENSION OF TIME |

    IT IS ORDERED that the Motion for Extension of Time, ECF No. 41, is granted and the deadline to file a joint stipulation for dismissal is extended until September 6, 2013.

    Dated June 10, 2013.

                BY THE COURT:

                *[signature]*
                Warren K. Urbom
                United States Senior District Court