# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY REGER, Individually and on behalf of K.N.R., a minor, | Case No. 4:10-CV-03101 |
| Plaintiff, | |
| vs. | **ORDER EXTENDING TIME TO FILE A JOINT STIPULATION FOR DISMISSAL** |
| HERBERT FEIDLER, M.D., d/b/a FEIDLER EYE CLINIC & OPTICAL, | |
| Defendant. | |

IT IS ORDERED that the plaintiff's Motion for Extension of Time is granted and the deadline for the parties to file a joint stipulation for dismissal is extended to December 9, 2013.

DATED this 28th day of August, 2013.

BY THE COURT:

*/s/ Warren K. Urbom*
Warren K. Urbom
United States Senior District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served to the following:

William M. Lamson, Jr., #12374
Denise M. Destache, #20881
Lamson, Dugan and Murray, LLP
10306 Regency Parkway Drive
Omaha, NE  68114

Herbert Friedman
Friedman Law Offices
3800 Normal Blvd., Suite 200
PO Box 82009
Lincoln, NE  68501

Joseph Awad
Silberstein, Awad & Miklos, P.C.
600 Old Country Road, Suite 412
Garden City, NY  11530

on this _____ day of _____, 2013.

_____