# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY REGER, Individually and on behalf of K.N.R., a minor,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HERBERT FEIDLER, M.D., d/b/a FEIDLER EYE CLINIC & OPTICAL,<br><br>　　　　　Defendant. | Case No. 4:10-CV-03101<br><br>**ORDER EXTENDING TIME TO FILE A JOINT STIPULATION FOR DISMISSAL** |

IT IS ORDERED that the plaintiff's Motion for Extension of Time is granted and the deadline for the parties to file a joint stipulation for dismissal is extended to March 6, 2014.

DATED this 3rd day of December, 2013.

　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　*Warren K. Urbom*

　　　　　　　　　　　　　Warren K. Urbom
　　　　　　　　　　　　　United States Senior District Judge