IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY REGER, Individually and on behalf of K.N.R., a minor,<br><br>  Plaintiff,<br><br>vs.<br><br>HERBERT FEIDLER, M.D., d/b/a FEIDLER EYE CLINIC & OPTICAL,<br><br>  Defendant. | Case No. 4:10-CV-03101<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

COME NOW, the Plaintiff, by and through his counsel, Herbert Friedman and Joseph Awad, the Defendant, Herbert Feidler, M.D., by and through his counsel, William Lamson, and hereby stipulate to move this Court for an Order dismissing the above-captioned cause of action against the Defendant, with prejudice, each party to pay their own costs herein incurred.

WHEREFORE, the parties respectfully request this Court to enter an Order dismissing the entire above-captioned matter, with prejudice, each party to pay their own costs herein incurred.

IT IS SO STIPULATED:


DATED this 16th day of January, 2014.

KELLY REGER, Individually and on behalf of K.N.R., a minor, Plaintiff

BY: FRIEDMAN LAW OFFICES
Attorneys for Plaintiff
3800 Normal Blvd., Suite 200
PO Box 82009
Lincoln, NE 68501
(402) 476-1093

_____
Herbert J. Friedman #11390

and

BY: SILBERSTEIN AWAD & MIKLOS, PC
Attorneys for Plaintiff
600 Old Country Road, Suite 412
Garden City, NY 11530
(516) 832-7777

*/s/ Joseph Awad*
Joseph Awad

and

BY: LAMSON, DUGAN AND MURRAY, LLP
Attorneys for Defendant
10306 Regency Parkway Drive
Omaha, NE 68114
(402) 397-7300

_____
William M. Lamson