IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY REGER, Individually and On Behalf of K.N.R., A Minor, ) ) ) Plaintiff, ) ) vs. ) ) HERBERT FEIDLER, M.D., d/b/a ) FEIDLER EYE CLINIC & OPTICAL, ) ) Defendant. ) | CASE NUMBER 4:10-CV-03101<br><br>**ORDER OF DISMISSAL** |

THIS MATTER came on to be heard upon the stipulation of the parties hereto that the above-captioned action be dismissed with prejudice, with each party to pay their own costs and with complete record waived.

The Court, being fully advised in the premises, finds that such an order should be entered.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the above-captioned matter is dismissed with prejudice, with each party to pay their own costs and with complete record waived.

DATED this 22nd day of January, 2014.

BY THE COURT:

_____
*(signature)*

582514